IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 27 PM 3: 31
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CR. 2:04cr20415-1-Ml |
| | * | |
| ALISSA C. BUDD | * | |
| a/k/a NICOLE HUGHES | * | |

## ORDER HOLDING DEFENDANT FOR SENTENCING

On December 27, 2005, the defendant appeared before me on a Failure to Appear Warrant. The defendant was or had been previously advised of his rights under FRCrP 5 and 32.1(a)(1) and appeared with counsel, Lawrence Kern who had been appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant failed to appear for sentencing.

Accordingly, defendant is held for a sentencing hearing before Judge Jon Phipps McCalla. It is presumed that the United States District Court will set this matter for a sentencing hearing pursuant to FRCrP 32.1(a)(2), and will see that appropriate notices are given.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 27th day of December, 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 12-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 127 in case 2:04-CR-20415 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Jon McCalla
US DISTRICT COURT